## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

### SOUTHERN DIVISION

DECKER, INC.,                                                  Case No.: 05 CV 70128

                                                               Hon. Denise Page Hood
                Plaintiff,                           Magistrate Donald A. Scheer

v.


G&N EQUIPMENT, CO. and
DANIEL ZIEHM,

        Defendants/Third-Party Plaintiff,

v.


ADAGIO GRAPHICS, LLC,

        Third-Party Defendant.
_____/

Gerald E. McGlynn, III (P41149)          Robert J. Figa (P47159)
Brian S. Pickell (P57411)                CAMPBELL, O'BRIEN & MISTELE, P.C.
Robert A. Bondra (P61345)                100 West Big Beaver Road, Suite 385
BLISS McGLYNN, P.C.                       Troy, Michigan 48084
2075 West Big Beaver Road, Suite 600     248-588-5800
Troy, Michigan 48084-3443                Attys for Defendants/Third-Party Plaintiffs
248-649-6090
Attorneys for Plaintiff

                                         K. Scott Hamilton (P44095)
                                         Nicole Meyer
                                         DICKINSON WRIGHT PLLC
                                         500 Woodward Ave., Ste. 4000
                                         Detroit, MI 48226
                                         313-223-3500
                                         Attorney for Third-Party Defendant
_____/


### STIPULATED ORDER OF DISMISSAL
### OF THIRD-PARTY CLAIMS

At a session of Court held
on _July 25, 2006 _____


PRESENT:  HONORABLE DENISE PAGE HOOD_____
                U. S. District Judge

Upon stipulation of the parties,

IT IS ORDERED that the Third-Party Complaint filed by G & N Equipment Co. against Adagio and the Third-Party Counter Complaint filed by Adagio against G & N Equipment Co. are hereby dismissed with prejudice and without costs.

s/ DENISE PAGE HOOD_____
U. S. District Judge

f:\ziehm\stipulted order of dismissal of third party claims